USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINA SCHERER,

               Plaintiff,

-v.-

BLEU CLOTHING CORP. and GABRIELLE ZUCCARO,

               Defendants.

22 Civ. 9144 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    The Notice of Reassignment issued by this Court on February 7, 2023, ECF No. 10, required the parties to file a joint letter within two weeks of the filing of the Notice. The parties have failed to file that letter. By April 3, 2023, the parties shall file a joint letter addressing points (1) through (12) in the Notice of Reassignment.

    SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge